

### UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
CLERK OF COURT

| | |
|---|---|
| Date:            4/9/08 | DC Docket Number: 07-cv-5854 |
| Docket Number: 08-0393-pr | DC:        SDNY (NEW YORK CITY) |
| Short Title:      Bookard v. New York City Police Department | DC Judge: Honorable Deborah Batts |

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 9th day of April, two thousand eight.

Lawrence S. Bookard,

    Plaintiff-Appellant,

v.

New York City Police Department, The City of New York,

    Defendant-Appellees

The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia, either pay the docketing fee or move for leave to proceed *in forma pauperis,* and that in the event of default of this requirement the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of 12/21/07 United States District Court for the Southern District of New York (NYC) be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court:
Catherine O'Hagan Wolfe, Clerk

By: *E. Joseph Martin*

Eugene L. Martin, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by *E. Joseph Martin*
DEPUTY CLERK

CERTIFIED    APR 9 2008

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
#### 40 FOLEY SQUARE, NEW YORK, N.Y. 10007

**Catherine O'Hagan Wolfe**
CLERK OF COURT

Date: 4/9/08

Docket Number: 08-0393-pr

Short Title: Bookard v. New York City Police
Department

DC Docket Number: 07-cv-5854

DC:     SDNY (NEW YORK CITY)

DC Judge: Honorable Deborah Batts

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 9th    day of  April,  two thousand eight.

Lawrence S. Bookard,

   Plaintiff-Appellant,

v.

New York City Police Department,  The City of New York,

   Defendant-Appellees



The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia,  either pay the docketing fee or move for leave to proceed *in forma pauperis,* and that in the event of default of this requirement  the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of 12/21/07 United States District Court for the Southern District of New York (NYC) be, and it hereby is **DISMISSED**.  Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court:
Catherine O'Hagan Wolfe, Clerk

By: *E. Jerem  Martin*

Eugene L. Martin, Deputy Clerk

THE MANDATE, CONSISTING OF
ITEMS BELOW, HAS BEEN RECEIVED
( ) OPINION ( ) STATEMENT OF COSTS
( ) ORDER

RECEIVED BY:_____ DATE____